Kennedy D. Nate (14266)
Daniel J. Bezdjian (14597)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
knate@rqn.com
dbezdjian@rqn.com

*Attorneys for Plaintiff Clear Link Technologies, LLC*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CLEAR LINK TECHNOLOGIES, LLC, a Utah limited liability company<br><br>Plaintiff,<br><br>v.<br><br>ASPIRATION FUND ADVISER, LLC, a Delaware limited liability company; ASPIRATION PARTNERS, INC., a Delaware corporation<br><br>Defendants. | **JOINT STATUS REPORT**<br><br>Case No. 2:23-cv-00419<br><br>Honorable Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to the Court's December 9, 2024 Docket Text Order (Dkt. No. 64), Plaintiff Clear Link Technologies, LLC ("Plaintiff" or "Clearlink") and Defendants Aspiration Fund Adviser, LLC, and Aspiration Partners, Inc. (collectively, "Defendants" or "Aspiration") by and through their respective counsel of record, submit this Joint Status Report.

On May 29, 2024, the Court ordered Defendants to respond to Plaintiff's First Set of Interrogatories on or before June 8, 2024. *See* Dkt. No. 45.

Defendants did not serve responses to Plaintiff's First Set of Interrogatories on or before June 8, 2024.

On June 14, 2024, Clearlink filed its Motion for Order to Show Cause and Civil Contempt Citation ("Motion"), which sought coercive and compensatory sanctions in the form of attorneys' fees incurred in having to prepare and file the Motion, a daily fine of $500 dollars, and a writ of body attachment against Michael Shuckerow. Dkt. No. 48. To date, Clearlink has incurred $4,836 in fees associated with that briefing. *See* Dkt. Nos. 48 at 5-6 ($1,836 in fees in preparing the Motion), 50 at 7 ($3,000 in additional fees to file the reply memorandum).

On November 6, 2024, Defendants served their responses to Plaintiff's First Set of Interrogatories. *See* Dkt. No. 60.

On December 9, 2024, Defendants also produced various documents in response to the Court's Minute Entry on November 6, 2024. *See* Dkt. No. 61.

On December 16, 2024, counsel for Clearlink and Defendants met and conferred and have determined that as a result of Defendants' service of responses to Plaintiff's First Set of Interrogatories on or before June 8, 2024, and production of documents in response to the November 6, 2024, Minute Entry, some portions of the Motion have now been rendered moot. Specifically, the parties agree that the request for writ of body attachment is now moot because Defendants have responded to Plaintiff's First Set of Interrogatories and produced documentation that provides information sought in the interrogatories. For the same reason, the parties agree that coercive sanctions in the form of daily fines to compel production of the interrogatory responses are no longer necessary.

However, Clearlink believes that sanctions in the form of attorneys' fees and a daily fine for each day Defendants were in violation of the Court's May 29, 2024 Order, are appropriate for the reasons outlined in its Motion and reply memorandum. *See* Dkt. Nos. 48, 50. Specifically, Clearlink should be awarded $6,711 in attorneys' fees[1] and a fine of $500 per day for each of the 149 days Defendants were in violation of the Court's May 29, 2024 Order.[2]

Defendants oppose the award of any fines or attorneys' fees for the reasons stated in their opposition and because they have now complied with the Court's Order and responded to Plaintiff's First Set of Interrogatories.

The parties do not believe additional briefing is necessary on these issues as the parties' respective positions are fully addressed in the previously filed papers. Accordingly, the parties respectfully request that the Court either rule on the papers or set a hearing to address the outstanding issues on Clearlink's Motion.

---

[1] This number is comprised of the $1,875 Defendants were ordered to pay on May 31, 2024, that has still not been paid (*see* Dkt. No. 47) and the $4,8360 incurred in filing the Motion and reply memorandum (*see* Dkt. Nos. 48, 50).

[2] Defendants are still in violation of the May 31, 2024 Order, because they have not paid the $1,875 in attorneys' fees but Clearlink is not seeking ongoing fines from Defendants on that basis.

DATED this 16th day of December, 2024.

                                                RAY QUINNEY & NEBEKER P.C.

                                                */s/ Kennedy D. Nate*
                                                Kennedy D. Nate
                                                Daniel J. Bezdjian
                                                *Attorneys for Plaintiff Clear Link Technologies, LLC*


                                                TYCKSEN & SHATTUCK

                                                */s/ Chad C. Shattuck**
                                                Chad C. Shattuck
                                                *Attorney for Defendants*
                                                (**signature affixed electronically via permission*)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2024, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court using the CM/ECF filing system which sent notification to the following:

Chad C. Shattuck
TYCKSEN & SHATTUCK
12401 South 450 East, Ste E1
Draper, UT 84020
Telephone: (801) 748-4081
chad@tyshlaw.com

*Attorney for Defendants*

                                                       */s/ Janae Kidd*

1693111